IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DANNY E. McDANIEL,

    Plaintiff,

v.                                                              CASE NO.  4:05cv112-RH/WCS

JAMES V. CROSBY, et al.,

    Defendants.

_____/

**ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION**

    This matter is before the court on the Magistrate Judge's Report and Recommendation (document 6), and the objections thereto (document 10).  I have reviewed de novo the issues raised by the objections.  I conclude the plaintiff has shown neither a substantial likelihood of success on the merits nor that irreparable harm will result if an injunction is not issued.  Accordingly,

    IT IS ORDERED:

    The Report and Recommendation is ACCEPTED.  Plaintiff's motion for a

preliminary injunction (document 3) is DENIED. This matter is remanded to the Magistrate Judge for further proceedings.

    SO ORDERED this 18th day of April, 2005.

                                       s/Robert L. Hinkle
                                       Chief United States District Judge