**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**DANNY E. McDANIEL,**

    **Plaintiff,**

vs.                                                **Case No.: 4:05cv112-RH/WCS**

**JAMES V. CROSBY, et al.,**

    **Defendants.**

                                          /

**O R D E R**

This cause is before the undersigned upon referral from the District Judge. Plaintiff is an inmate proceeding *pro se*, who has filed a notice of interlocutory appeal. Doc. 13. Plaintiff has been granted leave to proceed *in forma pauperis* on appeal, doc. 18, and the case has been referred "for entry of an appropriate order setting an initial filing fee, if any, and period payments, pursuant to 28 U.S.C. § 1915." *Id.*

Pursuant to 28 U.S.C. § 1915, the Court must assess an initial partial filing fee for a civil rights action as well as an appeal based on funds in a prisoner's bank account for the six month period immediately proceeding the filing of the notice of appeal. 28 U.S.C. § 1915(a)(2). Plaintiff's *in forma pauperis* motion does not contain a bank

account statement. Doc. 16. Thus, before an initial partial filing fee can be assessed, if any, Plaintiff must submit a computer printout for his inmate bank account for the six (6) month period immediately preceding the filing of the notice of appeal, *i.e.*, the period from November 17, 2004, through May 17, 2005.

Accordingly, it is **ORDERED:**

1.  Plaintiff shall have until **July 12, 2000,** to submit a computer printout of the transactions in his prison account as directed in this order so that an initial partial filing fee, if any, may be assessed.

2.  The Clerk shall return the file to the undersigned no later than July 12, 2005.

**DONE AND ORDERED** on June 8, 2005.

> s/    William C. Sherrill, Jr.
> **WILLIAM C. SHERRILL, JR.**
> **UNITED STATES MAGISTRATE JUDGE**

Case No.: 4:05cv112-RH/WCS