UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DANNY E. MCDANIEL,

    VS                                  CASE NO. 4:05cv112-RH/WCS

JAMES V. CROSBY, et al.,

## REFERRAL AND ORDER

The motion/pleading was filed by plaintiff on 06/16/2005 (document #21), and referred to Magistrate Judge William C. Sherrill on 06/20/2005.

Summary of motion/pleading: (MOTION FOR COPY OF COMPLAINT)

WILLIAM M. MCCOOL, CLERK OF COURT

    s/ Pam Lourcey
DEPUTY CLERK

## ORDER OF COURT

Upon consideration of the foregoing, it is ORDERED this 21st day of June, 2005, the requested relief is **GRANTED.**  The clerk shall forward Plaintiff a copy of his initial complaint. The time for Plaintiff to file his amended complaint is extended to August 1, 2005.

    S/ William C. Sherrill
UNITED STATES MAGISTRATE JUDGE