# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**DANNY E. McDANIEL,**

      **Plaintiff,**

vs.                                  **Case No.: 4:05cv112-RH/WCS**

**JAMES V. CROSBY, et al.,**

      **Defendants.**

_____/

## ORDER ASSESSING PARTIAL FILING FEE
## TO PROCEED *IN FORMA PAUPERIS* ON APPEAL

Plaintiff has been granted leave to proceed *in forma pauperis* on appeal. Doc. 17. Plaintiff has now submitted his inmate bank account information so that a partial filing fee may be assessed in accordance with 28 U.S.C. § 1915(b)(1). Doc. 20.

Accordingly, it is **ORDERED** that:

1. Plaintiff, having previously been granted permission to proceed *in forma pauperis* on appeal, will not have to **prepay** the entire filing fee.

2. The clerk of court shall assess Plaintiff **$ .66** as a partial filing fee as provided in 28 U.S.C. § 1915(b)(1)(A).

3. Plaintiff shall have until **July 25, 2005,** to submit the initial partial filing fee as assessed by the clerk of court. A check from a penal institution, a cashier's check, or a

money order should be made payable to "Clerk, U.S. District Court" and sent to: United States District Court, Northern District of Florida, Office of the Clerk, 111 North Adams Street, Suite 322, Tallahassee, Florida 32301-7717.  *Personal checks will not be accepted.*  The following information shall be either included on the face of the check from the penal institution, cashier's check, or money order or attached thereto:

> (1) the full name of the prisoner; (2) the prisoner's inmate number; (3) Northern District of Florida Case Number; and (4) Eleventh Circuit Court of Appeals Case Number.

Checks or money orders which do not have this information will be returned to the penal institution or the Plaintiff.  *No further action will be taken on this case until the court has received the initial partial filing fee.*

    4.  After payment of the initial partial filing fee, the prisoner shall be required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account.  The agency having custody of the prisoner shall forward payments from the prisoner's account to the clerk of court each time the amount in the account exceeds $10 until the full amount of the filing fee ($255.00) is paid.

    5.  Plaintiff is advised that the granting of leave to proceed *in forma pauperis* is merely authorization to proceed without prepayment of the full filing fee in one lump sum.  This does not relieve Plaintiff of the obligation to pay the full amount of the fee, regardless of dismissal or subsequent release from incarceration.  After payment of the initial partial filing fee, Plaintiff shall still be required to make monthly payments to the court until the remaining balance of the filing fee is paid.  28 U.S.C. § 1915(b)(1).

6. The clerk of court shall MAIL a copy of this order, with the appropriate cover letter, to: Department of Corrections, Office of the General Counsel, 2601 Blair Stone Road, Tallahassee, FL 32399-2500.

7. *Failure to submit the partial filing fee as instructed may result in dismissal of this appeal.*

**DONE AND ORDERED** on June 21, 2005.

 s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**