UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DANNY E. MCDANIEL,

 VS            CASE NO. 4:05cv112-RH/WCS

JAMES V. CROSBY, et al.,

**REFERRAL AND ORDER**

The motion/pleading was filed by plaintiff on 08/2/05 (document #27), and referred to Magistrate Judge William C. Sherrill on 08/5/2005.

Summary of motion/pleading: MOTION FOR ENLARGEMENT OF TIME

         WILLIAM M. MCCOOL, CLERK OF COURT

          s/ Pam Lourcey
         DEPUTY CLERK

---

**ORDER OF COURT**

Upon consideration of the foregoing, it is **ORDERED** this 5th day of August, 2005, the requested relief is **GRANTED**. The Plaintiff shall have until August 31, 2005, in which to submit his amended complaint and pay the partial filing fee in the amount of $.66. Plaintiff is reminded that his amended complaint will not be reviewed until the initial partial filing fee has been paid.

          s/ William C. Sherrill, Jr.
         UNITED STATES MAGISTRATE JUDGE