IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


DANNY E. McDANIEL,

    Plaintiff,

v.                                   CASE NO.  4:05cv112-RH/WCS

JAMES V. CROSBY, et al.,

    Defendants.

_____/


**ORDER DENYING PRELIMINARY INJUNCTION**


    This prisoner civil rights action is before the court on the magistrate judge's second report and recommendation (document 26), and the objections thereto (document 28).  I have reviewed de novo the issues raised by the objections.  The report and recommendation concludes that plaintiff's motion for a preliminary injunction (document 25) should be denied.  The report and recommendation is correct and will be adopted as the opinion of the court, with this additional note.

    In his objections, plaintiff continues to assert he has been subjected to unconstitutional treatment, including placement "behind the door" (that is, in particularly onerous solitary confinement) and deprivation of pen and paper and

other means to pursue his claims.  The objections seem to indicate, however, that those violations have ended, with plaintiff returned to the general population and provided pen and paper.  Entry of a preliminary injunction to redress past violations would be improper absent grounds for believing that, in the absence of an injunction, the violations would recur during the pendency of the litigation. Plaintiff has made no such showing here.

In addition, plaintiff seems to acknowledge in his objections that he has not exhausted his administrative remedies.  That provides further support for the conclusion in the report and recommendation that plaintiff has not shown a substantial likelihood that he will prevail in this litigation.

For these reasons and those set forth in the report and recommendation,

IT IS ORDERED:

The second report and recommendation is ACCEPTED and adopted as the opinion of the court.  Plaintiff's second emergency motion for a preliminary injunction (document 25) is DENIED.  This matter is remanded to the magistrate judge for further proceedings.

SO ORDERED this 31st day of August, 2005.

                                              s/Robert L. Hinkle
                                              Chief United States District Judge