# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

DANNY E. McDANIEL,

    Plaintiff,

v.                                            CASE NO.  4:05cv112-RH/WCS

JAMES V. CROSBY, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

    This matter is before the court on the magistrate judge's report and recommendation (document 32) and the objections thereto (document 33). I have reviewed de novo the issues raised by the objections.

    A prisoner must exhaust administrative remedies *prior to* filing a federal lawsuit of this kind. What is required is not just an effort that the plaintiff deems "reasonable," but exhaustion of the administrative process all the way to the end, in compliance with a state's valid rules. In Florida, that means starting at the local level and continuing step by step to the Secretary of the Department of Corrections. Plaintiff has not exhausted his remedies under Florida law and thus has not stated a

claim in this court on which relief may be granted.  Accordingly,

      IT IS ORDERED:

      The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B). The clerk shall enter judgment accordingly, shall enter on the docket that the case was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B), and shall close the file.

      SO ORDERED this 4th day of October, 2005.

                                      s/Robert L. Hinkle
                                      Chief United States District Judge